# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
COURTLEY, LANCE D § Case No. 11-39725
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 s. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 04/26/2013 in Courtroom 4016,
Henry Hyde Judicial Office Facility
505 N. County Farm Road
Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/25/2013              By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
COURTLEY, LANCE D § Case No. 11-39725
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,462.87 |
| and approved disbursements of | $ | 191.49 |
| leaving a balance on hand of[1] | $ | 15,271.38 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,372.07 | $ 0.00 | $ 1,372.07 |
| Other: International Sureties Ltd | $ 13.68 | $ 13.68 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,372.07 |
| Remaining Balance | | $ | 13,899.31 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 695.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource for Target | $ 695.37 | $ 0.00 | $ 695.37 |
| | Total to be paid to timely general unsecured creditors | | $ | 695.37 |
| | Remaining Balance | | $ | 13,203.94 |

Tardily filed claims of general (unsecured) creditors totaling $ 3,954.50 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | LVNV Funding as assignee for Capital One | $ 2,523.47 | $ 0.00 | $ 2,523.47 |
| 3 | Cavalry Portfolio Services assignee of | $ 1,431.03 | $ 0.00 | $ 1,431.03 |
| | Total to be paid to tardy general unsecured creditors | | $ | 3,954.50 |
| | Remaining Balance | | $ | 9,249.44 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 7.26 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 9,242.18 .

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                              Case No. 11-39725-DRC
Lance D Courtley                                                    Chapter 7
      Debtor                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: csimmons              Page 1 of 3                   Date Rcvd: Mar 26, 2013
                              Form ID: pdf006             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2013.
db           +Lance D Courtley,    1456 Oxford Street,    Carol Stream, IL 60188-9095
17862617      Bank of America,    PO Box 15726,   Wilmington, DE 19886-5726
17862618     +Blitt & Gaines,    661 Glenn Ave.,    Wheeling, IL 60090-6017
17862619     +Blitt & Gaines, PC,    661 W. Glenn Avenue,    Wheeling, IL 60090-6017
17862620     +Cach LLC,    C/O Pentagroup Financial, LLC,    5959 Corporate Drive Suite 1400,
               Houston, TX 77036-2311
17862622      Capital One,    PO Box 71083,   Charlotte, NC 28272-1083
17862623      Capital One,    C/O NES of Ohio,   29125 Solon Road,    Solon, OH 44139-3442
17862625     +Cardworks Servicing,    PO Box 9201,    Old Bethpage, NY 11804-9001
17862626     +Dell Financial Services,    C/O Pentagroup Financial,    3065 Union Road,
               Orchard Park, NY 14127-1214
17862628     +Freedman Anselmo Lindberg & Rappe,     1807 W. Diehl Rd. Ste. 333,    PO Box 3228,
               Naperville, IL 60566-3228
17862630      HSBC,    PO Box 17332,    Baltimore, MD 21297-1332
17862631      HSBC,    C/O LHR,   35A Rust Lane,    Boerne, TX 78006-8202
17862632      Juniper Credit Card,    PO Box 8801,    Wilmington, DE 19899-8801
17862635     +Northland Group Inc.,    P.O. Box 390905,    Minneapolis, MN 55439-0905
17862636      PayPal Pay Later,    Box 960080,   Orlando, FL 32896-0080
17862637     +Phillips & Cohen Assoc. LTD.,    PO Box 48458,    Oak Park, MI 48237-6058
17862638      Southeast Toyota Finance,    PO Box 70832,    Charlotte, NC 28272-0832
17862639     +Target Visa,    PO Box 673,   Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17862615     +E-mail/Text: jas@arthuradler.com Mar 27 2013 02:49:00      Adler & Associates,
               25 E. Washington St., Ste. 500,   Chicago, IL 60602-1703
18398674      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2013 02:42:25
               American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK   73124-8866
17862616     +E-mail/Text: jas@arthuradler.com Mar 27 2013 02:49:00      Arthur B. Adler & Assoc., LTD.,
               25 East Washington Street,    Suite 500,   Chicago, IL 60602-1703
17862621     +E-mail/Text: bankruptcy@cavps.com Mar 27 2013 02:52:55      Calvary Portfolio,    PO Box 1017,
               Hawthorne, NY 10532-7504
18815725     +E-mail/Text: bankruptcy@cavps.com Mar 27 2013 02:52:54      Cavalry Portfolio Services LLC,
               as assignee of MBNA/FIA Card Services, N,    500 Summit Lake Drive, Suite 400,
               Valhalla, NY 10595-1340
17862627      E-mail/Text: data_processing@fin-rec.com Mar 27 2013 02:31:57
               Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
17862629      E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2013 02:42:33      GE Money Bank,    PO Box 981064,
               El Paso, TX 79998-1064
18802666      E-mail/Text: resurgentbknotifications@resurgent.com Mar 27 2013 02:27:12
               LVNV Funding, LLC its successors and assigns as,     assignee of Capital One,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
17862633     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 27 2013 02:28:35      MCM,    Dept. 12421,    PO Box 603,
               Oaks, PA 19456-0603
17862634     +E-mail/Text: bkr@cardworks.com Mar 27 2013 02:30:42      Merrick Bank,    Box 5721,
               Hicksville, NY 11802-5721
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17862624*     Capital One,   PO Box 71083,    Charlotte, NC 28272-1083
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: csimmons              Page 2 of 3              Date Rcvd: Mar 26, 2013
                              Form ID: pdf006             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 28, 2013**             **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: csimmons            Page 3 of 3               Date Rcvd: Mar 26, 2013
                              Form ID: pdf006           Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2013 at the address(es) listed below:

      Bradley S Covey   on behalf of Debtor Lance D Courtley bcovey@springerbrown.com, sellis@springerbrown.com;sellis.springerbrown@gmail.com;bradley.covey@gmail.com

      Brenda Porter Helms, ESQ   brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com

      Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

      TOTAL: 3