UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
COURTLEY, LANCE D § Case No. 11-39725
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LANCE D COURTLEY |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adler & Associates 25 E. Washington St., Ste. 500 Chicago, IL 60602 | | | | | |
| | Bank of America PO Box 15726 Wilmington, DE 19886-5726 | | | | | |
| | Blitt & Gaines 661 Glenn Ave. Wheeling, IL 60090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Capital One PO Box 71083 Charlotte, NC 28272-1083 |  |  |  |  |  |
|  | Capital One PO Box 71083 Charlotte, NC 28272-1083 |  |  |  |  |  |
|  | Dell Financial Services C/O Pentagroup Financial 3065 Union Road Orchard Park, NY 14127 |  |  |  |  |  |
|  | HSBC C/O LHR 35A Rust Lane Boerne, TX 78006-8202 |  |  |  |  |  |
|  | HSBC PO Box 17332 Baltimore, MD 21297-1332 |  |  |  |  |  |
|  | Juniper Credit Card PO Box 8801 Wilmington, DE 19899-8801 |  |  |  |  |  |
|  | Merrick Bank Box 5721 Hicksville, NY 11802 |  |  |  |  |  |
|  | PayPal Pay Later Box 960080 Orlando, FL 32896-0080 |  |  |  |  |  |
| 1 | TARGET, AMERICAN INFOSOURCE FOR |  |  |  |  |  |
| 5 | CANDICA LLC |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | CAVALRY PORTFOLIO SERVICES ASSIGNEE | | | | | |
| 2 | LVNV FUNDING AS ASSIGNEE FOR CAPITA | | | | | |
| 4 | MERRICK BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 11-39725 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | COURTLEY, LANCE D | | Date Filed (f) or Converted (c): | 09/30/11 (f) |
| | | | 341(a) Meeting Date: | 11/08/11 |
| For Period Ending: | 07/11/13 | | Claims Bar Date: | 04/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 300.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING W/WEST SUBURBAN BANK #4500046313 | 300.00 | 0.00 | | 0.00 | FA |
| 3. MISC. HOUSEHOLD GOODS & FURNSHINGS | 200.00 | 0.00 | | 0.00 | FA |
| 4. MISC. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 5. JEWELRY | 50.00 | 0.00 | | 0.00 | FA |
| 6. BOWLING EQUIPMENT | 300.00 | 0.00 | | 0.00 | FA |
| 7. WHOLE LIFE INSURANCE W/STATE FARM INSURANCE #0962 | 11,444.00 | 0.00 | | 15,461.78 | FA |
| 8. IRA | 2,857.00 | 0.00 | | 0.00 | FA |
| 9. 2007 TOYOTA YARIS (95,000 MILES) | 6,730.00 | 0.00 | | 0.00 | FA |
| 10. 1998 PLYMOUTH VOYAGER | 2,325.00 | 0.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.09 | Unknown |
| TOTALS (Excluding Unknown Values) | $24,806.00 | $0.00 | | $15,462.87 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/12    Current Projected Date of Final Report (TFR): 12/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-39725 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | COURTLEY, LANCE D | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1376 Checking - Non Interest |
| Taxpayer ID No: | *******7994 | | | |
| For Period Ending: | 07/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | | | | | 15,300.14 | 15,300.14 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -5.34 | | 15,294.80 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -9.74 | | 15,285.06 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | | | 13.68 | | | 15,271.38 |
| 04/26/13 | 010002 | BRENDA PORTER HELMS, TRUSTEE 3400 W. LAWRENCE AVENUE CHICAGO, IL 60625 | Chapter 7 Compensation/Fees | | | 1,655.86 | | | 13,615.52 |
| 04/26/13 | 010003 | American InfoSource for Target P.O. Box 248866 Oklahoma City OK 73124 | Claim 1, Payment 100.00000% | | | 695.37 | | | 12,920.15 |
| 04/26/13 | 010004 | LVNV Funding as assignee for Capital One Resurgent Capital Services P.O. Box10587 Greenville SC 29603 | Claim 2, Payment 100.00000% | | | 2,523.47 | | | 10,396.68 |
| 04/26/13 | 010005 | Cavalry Portfolio Services assignee of MBNA/FIA 500 Summit Lake Dr #400 Valhalla NY 10595 | Claim 3, Payment 100.00000% | | | 1,431.03 | | | 8,965.65 |
| 04/26/13 | 010006 | Merrick Bank Resurgent Capital Services P.O. Box 10368 Greenville SC 29603 | Claim 4, Payment 100.00000% | | | 1,181.19 | | | 7,784.46 |
| 04/26/13 | 010007 | Candica LLC c/o Weinstein riley 2001 Western Ave. #400 Seattle WA 98121 | Claim 5, Payment 100.00000% | | | 1,663.94 | | | 6,120.52 |
| 04/26/13 | 010008 | LANCE D COURTLEY 1456 OXFORD STREET CAROL STREAM, IL 60188 | Surplus Funds | | | 6,120.52 | | | 0.00 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 9)

Ver: 17.02e

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-39725 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | COURTLEY, LANCE D | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1376 Checking - Non Interest |
| Taxpayer ID No: | *******7994 | | |
| For Period Ending: | 07/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| Account *******1376 | | Balance Forward | 0.00 | | 8 | Checks | 15,285.06 |
|---|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | | 2 | Adjustments Out | 15.08 |
| | 0 | Interest Postings | 0.00 | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | | |
| | | | | | | Total | $ 15,300.14 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 1 | Transfers In | 15,300.14 | | | | |
| | | Total | $ 15,300.14 | | | | |

LFORM2XT
UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 17.02e

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-39725 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | COURTLEY, LANCE D | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6106  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7994 | | | |
| For Period Ending: | 07/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 12/23/11 | | Lance Courtley 1456 Oxford St Carol Stream IL 60188 | liquidation of policy | 15,461.78 | | | | | 15,461.78 |
| 12/23/11 | 7 | Asset Sales Memo: | WHOLE LIFE INSURANCE W/STATE FARM INSURANCE #0962  $15,461.78 | | | | | | 15,461.78 |
| 12/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.01 | | | | 15,461.79 |
| 01/31/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.14 | | | | 15,461.93 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -20.28 | | 15,441.65 |
| 02/29/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.12 | | | | 15,441.77 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -18.35 | | 15,423.42 |
| 03/30/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.13 | | | | 15,423.55 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -18.96 | | 15,404.59 |
| 04/30/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.13 | | | | 15,404.72 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -19.57 | | 15,385.15 |
| 05/31/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.13 | | | | 15,385.28 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -19.55 | | 15,365.73 |
| 06/29/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.12 | | | | 15,365.85 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -18.26 | | 15,347.59 |
| 07/31/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.13 | | | | 15,347.72 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -20.13 | | 15,327.59 |
| 08/31/12 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.13 | | | | 15,327.72 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -19.47 | | 15,308.25 |
| 09/14/12 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.05 | | | | 15,308.30 |
| 09/14/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | | | | -8.16 | | 15,300.14 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | | | | | -15,300.14 | 0.00 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 17.02e

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-39725 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | COURTLEY, LANCE D | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6106 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7994 | | |
| For Period Ending: | 07/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

```
Account *******6106        Balance Forward          0.00
                        1  Deposits            15,461.78        0  Checks                 0.00
                       10  Interest Postings        1.09        9  Adjustments Out      162.73
                                                                1  Transfers Out     15,300.14
                           Subtotal          $ 15,462.87
                                                                   Total          $  15,462.87
                        0  Adjustments In          0.00
                        0  Transfers In            0.00

                           Total             $ 15,462.87


Report Totals              Balance Forward          0.00
                        1  Deposits            15,461.78        8  Checks            15,285.06
                       10  Interest Postings        1.09       11  Adjustments Out      177.81
                                                                1  Transfers Out     15,300.14
                           Subtotal          $ 15,462.87
                                                                   Total          $  30,763.01
                        0  Adjustments In          0.00
                        1  Transfers In       15,300.14

                           Total             $ 30,763.01           Net Total Balance $       0.00
```

/s/ BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 07/11/13

BRENDA PORTER HELMS, TRUSTEE

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Ver: 17.02e